UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YUMBA KAMANDA,

    Plaintiff,

    v.

INDIANA DEPARTMENT OF
INSURANCE et al,

    Defendant.

CAUSE NO. 3:24-CV-655 DRL-SJF

### ORDER

Yumba Kamanda, proceeding *pro se*, filed an unsigned complaint [1] and a motion for leave to proceed *in forma pauperis* [2]. Federal Rule of Civil Procedure 11(a) requires that a complaint be signed. Because the case cannot proceed without a signed complaint, the court STRIKES the unsigned complaint [1], GRANTS Ms. Kamanda leave to file a signed amended complaint by September 6, 2024, and DENIES the motion to proceed *in forma pauperis* with leave to refile [2]. The court also CAUTIONS Ms. Kamanda that if she does not respond by the deadline, the court may dismiss her case without further notice.

SO ORDERED.

August 21, 2024

*s/ Damon R. Leichty*
Judge, United States District Court